IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JANEICE HICKS,<br><br>              Defendant. | 4:10CR3022<br>4:20CR3059<br><br><br>**MEMORANDUM AND ORDER** |

    The government has complied with my prior order requesting a brief. From that brief, two things are apparent. First, Hicks is entitled to no relief. Second, there is no need for a response from her.

    IT IS ORDERED that Hicks' letter (Filing 102, 4:10CR3022; Filing 52, 4:20CR3059), treated as a motion, is denied with prejudice.

    Dated this 14th day of December, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge