IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3059 |
| vs. | |
| JANEICE HICKS, | ORDER |
| Defendant. | |

The Federal Public Defender has appeared on the defendant's behalf and filed a motion (filing 58) for appointment of counsel in support of a postconviction motion. The Court finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1. The motion to appoint counsel (filing 58) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter.

Dated this 28th day of March, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge